the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–522. ALLIED BOND & COLLECTION AGENCY *v.* MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question. JUSTICE POWELL and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 85–5113. MINOR *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Dowling* v. *United States*, 473 U. S. 207 (1985).

No. A–323 (84–1244). DAVIS ET AL. *v.* BANDEMER ET AL. D. C. S. D. Ind. [Probable jurisdiction noted, 470 U. S. 1083.] Appellants having reapplied for a stay in this case pending its final resolution in this Court and it appearing that all of the requirements for the issuance of a stay are satisfied, the application is granted and it is ordered that the judgment of the District Court for the Southern District of Indiana is stayed until further order of the Court.

No. A–355. CHEESEMAN ET AL. *v.* UNITED STATES. Application to vacate a stay entered by the United States Court of Appeals for the Second Circuit, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–504. IN RE DISBARMENT OF HOWARD. Disbarment entered. [For earlier order herein, see 472 U. S. 1024.]

No. D–515. IN RE DISBARMENT OF KANTER. Disbarment entered. [For earlier order herein, see 473 U. S. 931.]

No. D–516. IN RE DISBARMENT OF MCKABA. Disbarment entered. [For earlier order herein, see 473 U. S. 931.]

No. D–531. IN RE DISBARMENT OF CAMACHO. It is ordered that Francisco M. Camacho, of Mukwonago, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.